S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of relief under § 3582(c)(2) is **AFFIRMED.**

ther representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit; counsel's motion to withdraw is **GRANTED,** and Gaines's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James R. GAINES, Defendant–**
**Appellant.**

No. 08–15178
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 18, 2009.

James R. Gaines, Edgefield, SC, pro se.

Todd B. Grandy, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Peter Warren Kenny, appointed counsel for James R. Gaines in this direct criminal appeal, has moved to withdraw from fur-

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony DIGGS, Defendant–Appellant.**

No. 08–16231
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 19, 2009.

Patrick M. Hunt, Ft. Lauderdale, FL, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Before CARNES, MARCUS, and ANDERSON, Circuit Judges.

PER CURIAM:

Anthony Diggs, through counsel, appeals the district court's order denying his